UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-578-H

**DERRICK D. AKINS**                                                                                     **PLAINTIFF**

**v.**

**THE ELIZABETHTOWN POLICE DEPARTMENT** *et al.*                 **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's federal law claims are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) because it is clear from the face of the complaint that they are barred by the one-year statute of limitations.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*

4412.008